# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| General Atomics Aeronautical Systems, Inc. | ) | ASBCA No. 59203 |
| | ) | |
| Under Contract No. 000000-00-0-0000 | ) | |

APPEARANCES FOR THE APPELLANT:     Daniel S. Herzfeld, Esq.
John E. Jensen, Esq.
  Pillsbury Winthrop Shaw Pittman LLP
  McLean, VA

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Carol L. Matsunaga, Esq.
  Senior Trial Attorney
Srikanti Schaffner, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 18 September 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

    I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59203, Appeal of General Atomics Aeronautical Systems, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals